GIBSON, DUNN & CRUTCHER LLP
JESSICA VALENZUELA, SBN 220934
  JValenzuela@gibsondunn.com
JEFFREY LOMBARD, SBN 285371
  JLombard@gibsondunn.com
SOFIA RITALA, SBN 342253
  SRitala@gibsondunn.com
310 University Avenue
Palo Alto, California 94301
Telephone: 650.849.5300
Facsimile: 650.849.5333

GIBSON, DUNN & CRUTCHER LLP
JORDAN ESTES (*pro hac vice forthcoming*)
  JEstes@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035

*Attorneys for Defendants Rajeev K. Goel,
Steven Pantelick, Amar K. Goel, Susan
Daimler, Shelagh Glaser, Anton Hanebrink,
Ramon Jones, Nick Mehta, Jacob Shulman,
and Nominal Defendant PubMatic, Inc.,*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA STEFFENS, Derivatively on Behalf of Nominal Defendant PUBMATIC, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>RAJEEV K. GOEL, AMAR K. GOEL, SUSAN DAIMLER, SHELAGH GLASER, ANTON HANEBRINK, RAMON JONES, NICK MEHTA, JACOB SHULMAN, and STEVEN PANTELICK<br><br>                    Defendants,<br><br>and,<br><br>PUBMATIC, INC.,<br><br>                    Nominal Defendant. | Case No. 4:25-cv-07224-HSG<br><br>**STIPULATED REQUEST AND ORDER TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Haywood S. Gilliam, Jr.<br><br>Date Action Filed: August 27, 2025 |

1        Pursuant to Rules 6-2, 7-12, and 16-2 of the Northern District of California Civil

2    Local Rules, Plaintiff Joshua Steffens ("Plaintiff") and Defendants Rajeev K. Goel, Steven

3    Pantelick, Amar K. Goel, Susan Daimler, Shelagh Glaser, Anton Hanebrink, Ramon Jones,

4    Nick Mehta, and Jacob Shulman ("Individual Defendants"), and Nominal Defendant

5    PubMatic, Inc. ("PubMatic," together with the Individual Defendants, "Defendants," and

6    together with Plaintiff, the "Parties"), hereby agree and stipulate that good cause exists to

7    request an order from the Court vacating the Case Management Conference scheduled for

8    December 9, 2025, and all associated deadlines.

9        **WHEREAS**, on October 7, 2025, the Court issued a Notice Setting Case

10    Management Conference For Reassigned Civil Case (Dkt. 13) that set a Case Management

11    Conference for December 9, 2025, with a Case Management Statement due from the Parties

12    on December 2, 2025;

13        **WHEREAS**, on November 12, 2025, the Court issued a Notice that set a Case

14    Management Conference for November 18, 2025 (Dkt. 21);

15        **WHEREAS**, on November 18, 2025, a Case Management Conference was held

16    before Judge Haywood S. Gilliam Jr. for this present action and two other pending

17    shareholder derivative actions against Defendants, *Hyung v. Goel et al.*, No. 3:25-cv-07618-

18    AMO (N.D. Cal), and *Klein v. Goel et al.*, No. 3:25-cv-07391-EMC (N.D. Cal) (together,

19    the "Derivative Actions");

20        **WHEREAS**, at the November 18 Case Management Conference, the Court directed

21    the Parties to e-file a motion to relate the Derivative Actions to *Hsu v. PubMatic*, Case No.

22    3:25-cv-07067-JSC (N.D. Cal), an earlier-filed securities class action against PubMatic, R.

23    Goel and Pantelick pending before Judge Jacqueline Scott Corley;

24        **WHEREAS**, Defendants filed a motion to relate in the *Hsu* action on November 21,

25    2025 (Dkt. 28) and, if the motion to relate is granted, the parties in the Derivative Actions

26    intend to file a motion to reassign and consolidate the Derivative Actions before Judge

27

28

1   Corley and then file a stipulation to stay the Derivative Actions, which would obviate the

2   need for a Case Management Conference at this time;

3       **WHEREAS**, Judge Corley has not yet ruled on Defendants' motion to relate in the

4   *Hsu* action;

5       **WHEREAS**, the Parties have not sought any other extensions of time in this action;

6       **WHEREAS**, the Parties do not seek to reset these dates for the purpose of delay,

7   and the proposed new dates will not have an effect on any additional pre-trial and trial dates

8   as the Court has yet to schedule these dates.

9       **WHEREAS**, the Court has previously vacated a Case Management Conference in

10  this case only once upon the reassignment of the case from Magistrate Judge Laurel Beeler

11  to Judge Haywood S. Gilliam, Jr. (Dkt. 12);

12      **NOW, THEREFORE,** the Parties, subject to approval of the Court, hereby stipulate

13  and agree that good cause exists for the following order:

14      Pursuant to Civil Local Rule 16-2, the Case Management Conference scheduled for

15  December 9, 2025, is vacated, along with any associated deadlines under the Federal Rules

16  of Civil Procedure and Civil Local Rules.

17

18      **IT IS SO STIPULATED.**

19

20                                  Respectfully submitted,

21  Dated:  December 2, 2025        GIBSON, DUNN & CRUTCHER LLP

22                                  By:  */s/ Jessica Valenzuela*
                                         Jessica Valenzuela
23

24                                  *Attorneys for Defendants Rajeev K. Goel, Steven*
                                    *Pantelick, Amar K. Goel, Susan Daimler,*
25                                  *Shelagh Glaser, Anton Hanebrink, Ramon*
                                    *Jones, Nick Mehta, Jacob Shulman, and*
26                                  *Nominal Defendant PubMatic, Inc.*

27

28

STIPULATED REQUEST AND ORDER TO VACATE CASE MANAGEMENT CONFERENCE
CASE NO. 4:25-CV-07224-HSG

1    Dated: December 2, 2025                **RIGRODSKY LAW, P.A.**

2                                           */s/ Gina M. Serra*
                                            Gina M. Serra (#361172)
3                                           1091 N. Palm Canyon Drive, Suite 9
                                            Palm Springs, CA 92262
4                                           Telephone: (760) 406-8009
                                            Facsimile: (302) 654-7530
5                                           Email: gms@rl-legal.com

6                                           *Attorneys for Plaintiff Joshua Steffens*

7                                    *        *        *

8                              <u>**ECF ATTESTATION**</u>

9            Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence in the filing of this

10   document has been obtained from all other signatories.

11

12   Dated: December 2, 2025

13                                           */s/ Jessica Valenzuela*
                                             Jessica Valenzuela
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   12/3/2025

_Haywood S. Gill, Jr._

Hon. Haywood S. Gilliam, Jr.
United States District Judge