GIBSON, DUNN & CRUTCHER LLP
Jessica Valenzuela, Bar No. 220934
jvalenzuela@gibsondunn.com
Jeff Lombard, Bar No. 285371
jlombard@gibsondunn.com
Sofia Ritala, Bar No. 342253
sritala@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301
Telephone: (650) 849-5340

Jordan Estes (*pro hac vice forthcoming*)
jestes@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000

*Counsel for Defendants PubMatic, Inc., Rajeev K. Goel, Steven Pantelick, Susan Daimler, Shelagh Glaser, Amar Goel, Anton Hanebrink, Ramon Jones, Nick Mehta, and Jacob Shulman*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PUBMATIC, INC. DERIVATIVE LITIGATION | Lead Case No. 3:25-cv-07224 (Consolidated) |
| This Document Relates to: ALL ACTIONS | **NOTICE OF FILING OF THE UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED** |

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11, defendants PubMatic, Inc., Rajeev K. Goel, Steven Pantelick, Susan Daimler, Shelagh Glaser, Amar Goel, Anton Hanebrink, Ramon Jones, Nick Mehta, and Jacob Shulman hereby give notice of the Unopposed Administrative Motion to Consider Whether Case Should be Related ("Administrative Motion") filed on August 21, 2026 in the action captioned *Hsu v. PubMatic, Inc., et al.*, Case No. 3:25-cv-07067 (N.D. Cal.) (the "*Hsu* Action"). A copy of the Administrative Motion filed in the *Hsu* Action is attached

hereto as Exhibit A.

Dated: August 21, 2026

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Jessica Valenzuela*

Jessica Valenzuela
Jeff Lombard
Sofia Ritala
310 University Avenue
Palo Alto, CA 94301
Telephone: (650) 849-5340
Email: jvalenzuela@gibsondunn.com
Email: jlombard@gibsondunn.com
Email: sritala@gibsondunn.com

Jordan Estes (*pro hac vice forthcoming*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Email: jestes@gibsondunn.com

*Counsel for Defendants PubMatic, Inc., Rajeev K. Goel, Steven Pantelick, Susan Daimler, Shelagh Glaser, Amar Goel, Anton Hanebrink, Ramon Jones, Nick Mehta, and Jacob Shulman*