United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKO JURKOVIC,<br>Plaintiff,<br>v.<br>RAJEEV GOEL, et al.,<br>Defendants. | Case No. 26-cv-08104-JSC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CONSOLIDATE**<br><br>Re: Dkt. No. 16 |

Plaintiff Marko Jurkovic brings this shareholder derivative action on behalf of Nominal Defendant PubMatic, Inc., alleging the company's high-level employees made false and misleading statements regarding demand for the company's services. (Dkt. No. 1.) Defendants move to consolidate this case with *In re PubMatic, Inc. Derivative Litig.*, No. 3:25-cv-07224-JSC (N.D. Cal. Dec. 5, 2025), another shareholder derivative action on behalf of PubMatic against the same defendants arising from the same statements. (Dkt. No. 1 ¶¶ 1-41, 82-103; *In re PubMatic*, No. 3:25-cv-07224, Dkt. No. 1 ¶¶ 1-24, 55-70.)

The Court GRANTS Defendants' unopposed motion. Federal Rule of Civil Procedure 42(a) provides the Court may consolidate actions before it that "involve a common question of law or fact," Fed. R. Civ. P. 42(a), and "[t]he district court has broad discretion [ ] to consolidate cases pending in the same district." *Inv'rs Res. Co. v. U.S. Dist. Court for Cent. Dist. of Cal.*, 877 F.2d 777, 777 (9th Cir. 1989). In determining whether consolidation is appropriate, the court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984). The requirements of Rule 42 are met. Given the plaintiffs in each case allege the same false or misleading statements by the same defendants, there are common questions of law and fact and

consolidation would save significant time and effort.

This Order disposes of Docket No. 16.

**IT IS SO ORDERED.**

Dated: September 16, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California